# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

SEALED

FILED
FEB 08 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| Theodore E. Essenfeld | 08418-506 |
| | Case Number: 23-CR-0177-RSH |

## NOT FOR PUBLIC VIEW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Theodore E. Essenfeld___
                                                                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):
18:2261A(2)(B), 2261(b)(5) - Cyberstalking

DATE: 2/3/23
ARRESTED BY: NCIS
S/A Jim Omahana
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____

2023 FEB -2 PH 2: 12
RECEIVED
MARSHALS-S/CA

In violation of Title ___See Above___ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ D. Martinez | 2/2/2023 San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ___No Bail___ by ___The Honorable Karen S. Crawford___
                                                                                                                       Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |