RANDY S. GROSSMAN
United States Attorney
SABRINA L. FEVE
Assistant United States Attorney
California Bar No. 226590
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6786
Email: Sabrina.Feve@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THEODORE E. ESSENFELD,<br><br>    Defendant. | Case No.  23CR0177-RSH<br><br>**JOINT MOTION FOR AUTHORIZATION TO DISCLOSE DISCOVERY MATERIALS AND PROPOSED PROTECTIVE ORDER** |

The plaintiff, United States of America, through its counsel, Randy S. Grossman, United States Attorney, and Sabrina L. Fève, Assistant United States Attorney, and defendant Theodore E. Essenfeld, through his counsel Gary Barthel, move this Court for: (1) authorization to disclose discovery materials to the defense team in the above-captioned case, and (2) a protective order to safeguard such discovery materials from disclosure to persons outside of the defense team.  This motion is based upon the files and records of this case and the following representations:

1.  On February 2, 2023, defendant was indicted for one count of cyberstalking in violation of 18 U.S.C. § 2261A.  The charged conduct involves allegations that the defendant uploaded sexually explicit photos and erotic photos and videos of Victim A without Victim A's knowledge or consent to Facebook and LinkedIn accounts allegedly created by the defendant.

2. The investigation leading to the indictment involved consensual searches of electronic accounts and communications belonging to Victim A, as well as warrants to search LinkedIn, Facebook, and Yahoo accounts allegedly created by the defendant using Victim A's name, image(s), and personally identifiable information. The electronic evidence collected by the government pursuant to this investigation contains the personal information about Victim A and her family members, as well as copies of sexually explicit and erotic images and videos of Victim A. To fulfill its discovery obligations and enable defendant to assess and prepare a defense, the government needs to disclose the documents, records, and other materials containing this sensitive and private information to the defendant and his defense team.

3. Under the Crime Victims' Rights Act, 18 U.S.C. § 3771, victims like Victim A have the right "to be reasonably protected from the accused," and the right "to be treated with . . . respect for the victim's dignity and privacy." § 3771(a)(1) and (8). To balance the needs and rights of the defendant with the privacy and dignity rights of Victim A and her family members, the parties jointly request that the Court enter the concurrently submitted protective order, which will permit the government to provide the defense team with full and unredacted access to the discovery materials, but protect against any dissemination of these sensitive materials outside the defense team.

DATED: February 9, 2023

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

s/ *Sabrina L. Fève*
SABRINA L. FEVE
Assistant United States Attorney

s/ *Gary Barthel*
GARY BARTHEL
Counsel for Defendant Essenfeld