# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 3:23-cr-00177-RSH-1 |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Theodore E. Essenfeld | Booking No. 08418506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 2/14/2023 the Court entered the following order:

[X] Defendant be released from custody.

[ ] Defendant placed on supervised / unsupervised probation / supervised release.

[ ] Defendant continued on supervised / unsupervised probation / supervised release.

[X] Defendant released on $40,000 P/S Bond posted.

[ ] Defendant appeared in Court. FINGERPRINT & RELEASE.

[ ] Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

[ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.

[ ] Bench Warrant Recalled.

[ ] Defendant forfeited collateral.

[ ] Case dismissed.

[ ] Case dismissed, charges pending in case no.

[ ] Defendant to be release to Pretrial Services for electronic monitoring.

[ ] Other.

MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE
OR
JOHN MORRILL, Clerk of Court
by  M. Loza (619) 557-6695

**D. Juarez - OK**

2/14/23
Electronically Sent to USMS

Crim-9 (Rev. 05/20)
Original

## Read: 23cr177; Abstract (Essenfeld)

CAS Releases

Tue 2/14/2023 3:13 PM

To: M Loza

📎 1 attachments (66 KB)

Read: 23cr177; Abstract (Essenfeld);

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.