TARA K. MCGRATH
United States Attorney
SABRINA L. FEVE
California State Bar No. 226590
MICHAEL A. DESHONG
California State Bar No. 301041
Assistant United States Attorneys
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-6786/9290
Email: Sabrina.Feve@usdoj.gov
Email: Michael.Deshong@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THEODORE E. ESSENFELD,<br><br>Defendant. | Case No. 23-CR-0177-RSH<br><br>**NOTICE OF LODGMENT OF UNITED STATES' RULE 16 DISCLOSURE REGARDING EXPERT TESTIMONY OF SPECIAL AGENT NATHANIEL DINGLE** |

On April 5, 2024, the United States provided Defendant Theodore Essenfeld's counsel, Kerry L. Armstrong, with the attached expert notice disclosure and supporting documentation for Federal Bureau of Investigation (FBI) Special Agent Nathaniel Dingle. Absent a stipulation, the United States anticipates introducing the testimony of Special Agent Dingle regarding the location of a mobile device used by Defendant based on historical cell-site geolocation data provided by T-Mobile.

Respectfully submitted,

TARA K. McGRATH
United States Attorney

DATED: April 5, 2024

*s/ Michael A. Deshong*
SABRINA L. FEVE
MICHAEL A. DESHONG
Assistant United States Attorneys