

**U.S. Department of Justice**

**TARA K. McGRATH**
United States Attorney
Southern District of California

*Michael A. Deshong*　　　　　　　　　　　　*(619) 546-9290*
*Assistant United States Attorney*　　　　*Michael.Deshong@usdoj.gov*

*San Diego County Office*　　　　　　　　　　　　　　　　　　　　　*Imperial County Office*
*Federal Office Building*　　　　　　　　　　　　　　　　　　　　　*321 South Waterman Avenue*
*880 Front Street, Room 6293*　　　　　　　　　　　　　　　　　　*Room 204*
*San Diego, California 92101-8893*　　　　　　　　　　　　　　　*El Centro, California 92243-2215*

April 5, 2024

**Via Email**

Kerry L. Armstrong, Esq.
750 B Street, Suite 2820
San Diego, CA 92101
Notguilty01@outlook.com

Re:　*United States v. Essenfeld*, Case No. 23-cr-0177-RSH
　　　Rule 16 Notice and Disclosure

Dear Mr. Armstrong:

　　Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, we are writing to provide you with the following information regarding a witness, Special Agent Nathan Dingle, whom the government may call to testify as an expert witness under Federal Rules of Evidence 702, 703, or 705 regarding historical cell-site geolocation data obtained from T-Mobile, which were previously produced as ESSENFELD-DISC01-12689 and ESSENFELD-DISC01-12690.

　　We have discussed a stipulation that would make it unnecessary to call Special Agent Dingle to testify. We will send the proposed stipulation to you separately. However, to preserve our ability to present Special Agent Dingle's testimony, if needed, we are providing this notice.

### A. The Relevant Discovery for Special Agent Dingle's Testimony

　　T-Mobile produced two sets of certified business records in this case. The first set is a spreadsheet containing call and message records and historical cell-site geolocation data associated with telephone number 760-612-1942 ("T-1") (ESSENFELD-DISC01-12689), and the second set is a spreadsheet containing data sessions records and historical cell-site geolocation data associated with T-1 (ESSENFELD-DISC01-12690). In each set of records, T-Mobile identifies the cellular tower to which the mobile device assigned to T-1 connected to for the phone call or data session. In each case, the cellular tower is identified by technical designations such as the local area code "LAC" and "cell ID"; the longitude and latitude of the tower; and/or the street address where the company would access the tower.

Special Agent Dingle's testimony will explain these records to the jury based on his years of experience working with cell-site location data. The Government anticipates he will use his training and experience to explain the conclusions that can be drawn from the records regarding the location of the mobile device associated with T-1.

### B. Expert Testimony

The Government anticipates calling FBI Special Agent Nathan Dingle as an expert in the fields of cellular phone technology, cellular towers, and the analysis of historical cellular phone records for the purpose of determining the approximate location from which a phone was used at the particular time or ranges of times.

As explained in the disclosed curriculum vitae, Agent Dingle is a member of the FBI's Cellular Analysis Survey Team (CAST). Agent Dingle has undergone training with the FBI, private companies, and major U.S. cell phone providers to analyze cell phone call and cell tower data to locate cell phones for the purpose of locating missing persons and suspected criminals. Agent Dingle will testify at trial that locating cellular phones is accomplished by determining the locations of the cellular tower or towers used by a cellular phone to transmit or receive a phone call.

Agent Dingle will discuss how the towers operate, how cellular signals are sent and received, and how cellular towers are used in cellular phone calls. Agent Dingle will testify that cellular phones use radio frequencies to communicate. When a cellular phone is "on," the cellular phone constantly scans its environment, evaluating and ranking which towers have the best signal. When a cellular phone places or receives a call, it will use the cellular tower and sector with the best signal. The tower with the best signal generally comes from the tower that is closest to the phone, or in its direct line of sight.

Cell towers (sometimes referred to as cell sites) come in a variety of shapes and sizes. They also can be located in a variety of places, including but not limited to church steeples, chimneys, water towers, or the sides of buildings.

At trial, Agent Dingle will explain how cell phones interact with cell towers, as well as interpret the call detail records in this case. Agent Dingle will testify that cell phone companies maintain databases that record and store information related to the usage of each customer's cellular phone. These databases generate call detail records (CDRs). The CDRs document the network interactions to and from the cell phone, to include the date, time, duration, number called, and calling number. Additionally, the CDRs capture the cell tower and cell sector ("cell site") which served the cell phone when contact was initiated with the network. An analysis was performed on the CDRs obtained for the cellular phone assigned to T-1. Used in conjunction, the call detail records and a list of cell site locations illustrates an approximate location of the subject cell phone when it initiated contact with the network.

With respect to this case, Agent Dingle conducted an analysis of the call detail records and associated cellular tower records for phone calls, messages, and data sessions placed by the cellular phone assigned to T-1. As mentioned, these records from T-Mobile have been provided in discovery (ESSENFELD-DISC01-12689 and ESSENFELD-DISC01-12690).

Based on his training and experience with historical cell-site geolocation data and his review of the records provided by T-Mobile, Special Agent Dingle will give his opinion that:
- On January 13, 2022, the device assigned to T-1 was present in Colorado Springs, Colorado;
- From January 21, 2022 through January 25, 2022, the device assigned to T-1 traveled from Colorado, through New Mexico and Arizona, and into California. The device ultimately ended up in the San Diego area.
- On April 1, 2022, the device assigned to T-1 was present in Newport, Rhode Island.

Special Agent Dingle created a visual depiction of his analysis and conclusions that provides additional detail, which is attached for your reference. The United States will seek to use Special Agent Dingle's visual depiction as an exhibit during trial.

Special Agent Dingle's C.V., which includes his training, experience, and qualifications, is attached. We have also included a list of cases where he has previously testified during the past four years is also attached. Special Agent Dingle has not authored any publications in the past ten years.

_____
Nathan Dingle
Special Agent, Federal Bureau of Investigation

In the event we learn of new information or any of the information contained in this disclosure changes, we will promptly notify you and provide a supplemental disclosure if appropriate. Should you have any questions about this case, or would like to discuss these matters further, please feel free to contact me at (619) 546-9290.

    Sincerely,

    TARA K. McGRATH
    United States Attorney

    *s/ Michael A. Deshong*
    Michael A. Deshong
    Assistant United States Attorney

# CURRICULUM VITAE



### *Nathaniel Dingle*
Supervisory Special Agent | Federal Bureau of Investigation
FBIHQ
935 Pennsylvania Avenue NW
Washington, D.C. 20535

---

## PROFESSIONAL EXPERIENCE

**Federal Bureau of Investigation**  San Diego, California
*Special Agent*  May 2023 – Present

Currently assigned to the Cellular Analysis Survey Team, assigned to the San Diego Division. Responsible for analyzing historical call detail records (CDRs) and location information from various providers. Provide technological assistance, case consultation, and instruction in the use of historical CDRs to state, local, and federal law enforcement partners.

**Federal Bureau of Investigation**  Washington, D.C.
*Supervisory Special Agent*  October 2021 – May 2023

Was assigned to the Cellular Analysis Survey Team (CAST) unit at FBI HQ, where I was responsible for oversight of the Operation Callback (OCB) program, which utilized location information to locate and apprehend fugitives in foreign countries and bring them back to the United States for prosecution. Assisted in the planning and organization of ongoing training for CAST certified assets.

**Federal Bureau of Investigation**  San Diego, California
*Special Agent*  November 2003 – October 2021

Was assigned to the Violent Crimes squad, which is responsible for investigating crimes including, but not limited to, bank robbery, kidnapping, extortion, Hobbs Act, assault against Federal officers, and fugitive cases. Certified member of the Cellular Analysis Survey Team (CAST).

Previously assigned to the Cyber squad working crimes against children cases, cyber national security investigations, and criminal intrusion cases. Also, previously assigned to the Counterterrorism squad investigating terrorism cases. Certified Digital Extraction Technician (DExT) and member of the Digital Imaging and Video Recovery Team (DIVRT).

**County of Crawford, Pennsylvania**  Meadville, Pennsylvania
*Webmaster/Network Administrator*  July 2001 – November 2003

Designed and updated all aspects of the internal and external website for the county. Responsible for ensuring the network was functioning and oversaw troubleshooting and updates for all computer systems within the county.

---

## EDUCATION

**DeVry University, Columbus, Ohio**  June 2001
Bachelor of Science, Computer Information Systems

---

## PROFESSIONAL TRAINING

**Cellular Analysis Survey Team Annual Conference**  February 2024
*Orlando, Florida*
- Provider specific legal compliance and engineering updates
    - AT&T, Verizon, T-Mobile, U.S. Cellular, and DISH Network

- Apple Legal Compliance (Apple)
- National Insurance Crime Bureau (NICB)
- CAST case studies

**Cellular Analysis Survey Team Annual Conference**  March 2023
*Atlanta, Georgia*
- Provider specific legal compliance and engineering updates
    - AT&T, Verizon, T-Mobile, and U.S. Cellular
- Google Legal Compliance (Google)
- Apple Legal Compliance (Apple)
- Network Infrastructure and 5G (Florida Institute of Technology)
- Timing Advance
- CAST case studies

**Cellular Analysis Survey Team Annual Conference**  March 2022
*San Antonio, Texas*
- Provider specific legal compliance and engineering updates
    - AT&T, Verizon, T-Mobile/Sprint, and U.S. Cellular
- Cellular Module Overview (Ford)
- Apple Legal Compliance (Apple)
- TikTok Legal Compliance (TikTok)
- Timing Advance Data (NETSCOUT)

**Cellular Analysis Survey Team Annual Conference**  May 2021
*Savannah, Georgia*
- Provider specific legal compliance and engineering updates
    - AT&T, Verizon, T-Mobile/Sprint, and U.S. Cellular
- Network Infrastructure and 5G (Florida Institute of Technology)
- Repeatability of Propagation (Florida Institute of Technology)
- Telematics (Hyundai)
- CAST case studies

**SEC 401: Security Essentials Bootcamp Style**  December 2020
*SANS Institute, San Diego, California*
- Security skills and techniques designed to help protect and secure critical information and technology assets

**Cellular Analysis Survey Team Annual Conference**  February 2020
*Mobile, Alabama*
- Provider specific legal compliance and engineering updates
    - AT&T, Verizon, T-Mobile, Sprint, and U.S. Cellular
- Fundamentals of 5G Cellular Communication Technology (Florida Institute of Technology)
- Mobile Network Interoperability/International Call Routing (Syniverse)
- Satellite Phone Operation (GlobalSat)
- Global Positioning System (GPS) Architecture and Tracking Devices (SCRAM Systems)
- Voice Over Internet Protocol (VoIP) Services (Intelliquent)
- CAST case studies

**Cellular Analysis Survey Team Annual Conference**  February 2019
*New Orleans, Louisiana*
- Provider specific legal compliance and engineering updates
    - AT&T, Verizon, T-Mobile, Sprint, and U.S. Cellular
- Wi-Fi positioning and usage in relation to precision geo-location (Skyhook)
- Google data collection and location tracking (Oracle)
- 5G Technologies and the Internet of Things (Qualcomm)
- Apple Legal Compliance (Apple)
- CAST case studies

**Cellular Analysis Survey Team Certification Phase II**  September 2018
*Federal Bureau of Investigation*
*Kansas City, Missouri*
- Network survey/drive testing
- Drive test analysis
- Trial report preparation
- Expert witness courtroom testimony
- FBI CAST policies and procedures

**Cellular Analysis Survey Team Certification Phase I**  August 2018
*Federal Bureau of Investigation / Florida Institute of Technology*
*Atlanta, Georgia*
- Radio frequency theory
- Cellular technology including GSM, UMTS, CDMA, and LTE
- Cellular network architecture
- Provider specific legal compliance and engineering updates
    - AT&T, Verizon, T-Mobile, Sprint, and U.S. Cellular

**Cellular Analysis Survey Team Field Training Exercise**  June 2017
*Federal Bureau of Investigation*
*Philadelphia, Pennsylvania*
- Command post and crisis operations

**Advanced Historical Cell Site Analysis**  July 2016
*Federal Bureau of Investigation*
*Arlington, Virginia*
- Advanced mapping platforms and tools
- Advanced cellular record and analysis and interpretation
- Introduction to demonstrating and presenting cellular evidence

**Basic Historical Cell Site Analysis**  September 2015
*Federal Bureau of Investigation*
*Cincinnati, Ohio*
- Basic mapping tools and techniques
- Historical cell site analysis in investigations
- Microsoft Excel for analysis of records
- Cellular record interpretation

## PROFESSIONAL CERTIFICATIONS

**GIAC Security Essentials (GSEC)**  December 2020
*SANS Institute/Global Information Assurance Certification (GIAC)*

**Digital Imaging and Video Recovery Team**  July 2019
*Federal Bureau of Investigation*

**Cellular Analysis Survey Team (CAST)**  September 2018
*Federal Bureau of Investigation*

**Digital Extraction Technician (DExT)**  June 2012
*Federal Bureau of Investigation*

**A+ Certification**  July 2010
*CompTIA*

## PROFESSIONAL INSTRUCTION

| | |
|---|---:|
| **CAST Advanced Historical Cell Site Analysis**<br>*Pittsburgh, Pennsylvania* | April 2024 |
| **CAST Critical Incident Readiness Assessment**<br>*Kansas City, Missouri* | June 2023 |
| **CAST Certification II**<br>*Minneapolis, Minnesota* | September 2022 |
| **CAST Certification I**<br>*Pittsburgh, Pennsylvania* | August 2022 |
| **CAST Critical Incident Readiness Assessment**<br>*Kansas City, Missouri* | June 2022 |
| **CAST Advanced Historical Cell Site Analysis**<br>*Jacksonville, Florida* | April 2022 |
| **CAST Critical Incident Readiness Assessment**<br>*Kansas City, Missouri* | June 2021 |
| **CAST Basic Historical Cell Site Analysis**<br>*Honolulu, Hawaii* | May 2021 |
| **CAST Advanced Historical Cell Site Analysis**<br>*San Antonio, Texas* | April 2021 |
| **CAST Basic Historical Cell Site Analysis**<br>*San Diego, California* | January 2021 |
| **CAST Basic Historical Cell Site Analysis**<br>*San Diego, California* | October 2020 |
| **CAST Basic Historical Cell Site Analysis**<br>*San Diego, California* | May 2019 |
| **CAST Advanced Historical Cell Site Analysis**<br>*San Diego, California* | March 2019 |
| **CAST Basic Historical Cell Site Analysis**<br>*Atlanta, Georgia* | March 2019 |
| **CAST Basic Historical Cell Site Analysis to Mexican Law Enforcement**<br>*San Diego, California* | September 2018 |

## EXPERT WITNESS TESTIMONY

| | |
|---|---:|
| **Fourth Judicial District Court, in and for Sheridan County, Wyoming**<br>State of Wyoming v. William C. Holliday | November 2023 |
| **Lucas County Common Pleas Court**<br>State of Ohio v. Juan Garibaldo | October 2023 |

- 5 -

| | |
|---|---|
| **Los Angeles Superior Court**<br>People v. Carrera | July 2023 |
| **Lucas County Common Pleas Court**<br>State of Ohio v. Juan Garibaldo | July 2023 |
| **United States District Court, Southern District of California**<br>*United States of America v. Georgiy Chipunov* | May 2023 |
| **United States District Court, Southern District of California**<br>*United States of America v. Mohamed Ahmed Hassan* | March 2023 |
| **United States District Court, Central District of California**<br>*United States of America v. Le et al* | April 2022 |
| **United States District Court, Central District of California**<br>*United States of America v. Hoang Xuan Le* | December 2021 |
| **United States District Court, Central District of California**<br>*United States of America v. Hoang Xuan Le* | November 2021 |
| **Superior Court of California, San Diego County**<br>*The People of the State of California vs. Johnson, Marcus* | September 2021 |
| **United States District Court, Southern District of California**<br>*United States v. Jahvaris Lamoun Springfield* | August 2021 |
| **Superior Court of California, County of San Diego**<br>*People v. Malcolm Woods* | April 2021 |
| **Superior Court of California, County of San Diego**<br>*People v. Quintero* | March 2020 |
| **United States District Court, Southern District of California**<br>*United States v. Juan Marquis Holiday* | March 2020 |
| **Superior Court of California, County of San Diego**<br>*People v. Malcolm Woods* | December 2019 |
| **South Carolina Court of General Sessions**<br>*The State of South Carolina v. Kenneth Wayne Carlisle/Jordan Marie Hodge* | October 2019 |
| **United States District Court, Southern District of California**<br>*United States v. Conoly Freddie Franklin III* | June 2019 |
| **Superior Court of California, County of San Diego**<br>*People vs. Winnie Perry Whitby II* | April 2019 |
| **Superior Court of California, County of San Diego**<br>*People v. Quintero* | October 2018 |

Last Updated: 11/15/2023

# FBI CELLULAR ANALYSIS SURVEY TEAM
## HISTORICAL MOBILE DEVICE LOCATION ANALYSIS

DRAFT



Nathaniel Dingle
Special Agent | FBI
Criminal Investigative Division
Device(s) Analyzed:

T··Mobile·    (760) 612-1942

Date of Report: 4/5/2024

**Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**

1




# Overview

1.          **Background**

The Federal Bureau of Investigation (FBI) Cellular Analysis Survey Team (CAST) was requested by the United States Attorney's Office to analyze cell phone records for telephone number (760) 612-1942 ("target cell phone"). The target cell phone is believed to be associated with a cyberstalking investigation.

2.          **Methodology**

An analysis was performed on the call detail records obtained for the target cell phone. The records documented the network interaction to and from the target cell phone. Additionally, the records documented the cell site which served the target cell phone during this activity. Used in conjunction, the call detail records and a list of cell site locations illustrate an approximate location of the target cell phone when it initiated contact with the network.

2.1          **Cell Site Locations**

Cell sites in existence during the time of the incident were input into mapping software using latitude/longitude coordinates of the cell sites provided by the service provider(s). The cell sites associated with the target cell phone were located utilizing the mapping software and the plotted cell site data.

3.          **Conclusions**

A historical cell site analysis was performed on the call detail records for the target cell phone. The methods detailed in Sections 2 and 2.1 were used to produce the attached historical cell site analysis maps. A peer review was conducted by a CAST certified asset.

**Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**

# Cell Site Example



**Property of the FBI Cellular Analysis Survey Team. Reproduction in whole or in part is prohibited.**

# Historical Mobile Device Analysis
## T-Mobile (760) 612-1942
## January 13, 2022, 5:13:55 p.m. to 5:25:18 p.m.



# Historical Mobile Device Analysis
## T-Mobile (760) 612-1942
### January 13, 2022, 5:13:55 p.m. to January 25, 2022, 1:23:12 p.m.



# Historical Mobile Device Analysis
## T-Mobile (760) 612-1942
### January 24, 2022, 2:20:41 p.m. to January 25, 2022, 1:23:12 p.m.



# Historical Mobile Device Analysis
## T-Mobile (760) 612-1942
### April 1, 2022, 7:39:44 a.m. to 1:12:04 p.m.

