1  **KERRY L. ARMSTRONG**
   Law Offices of Kerry L. Armstrong, APLC
2  750 B Street, Suite 2820
   San Diego, CA 92101
3  Telephone: (619) 234.2300
   Fax: (619) 491.0722
4  Email: NotGuilty01@outlook.com
   CA STATE BAR NO: 196105

**Attorney for Defendant**
**THEODORE E. ESSENFELD**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE JUDGE ROBERT S. HUIE)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> **THEODORE E. ESSENFELD**, <br><br> Defendant. | **CASE #: 23-CR-0177-RSH** <br><br> **NOTICE OF MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL, APPOINT APPELLATE COUNSEL FOR DEFENDANT, AND FILE DEFENDANT'S NOTICE OF APPEAL** |

## MOTION

KERRY L. ARMSTRONG, counsel for defendant THEODORE E. ESSENFELD, hereby requests an order removing him as counsel of record, appointing appellate counsel on behalf of Mr. Essenfeld, and filing a notice of appeal for Mr. Essenfeld.

///
///
///
///
///

## **DECLARATION OF COUNSEL**

1. I am the attorney of record for Mr. Essenfeld in the U.S. District Court. He was recently sentenced following his guilty verdicts at trial. His sentencing took place on October 25, 2024.

2. I am not an appellate attorney and have no training in that field of law whatsoever. I have only filed one appeal in my twenty-six-year legal career, and that was on a state misdemeanor case well over twenty years ago. I have never done an appeal on a felony case.

3. Mr. Essenfeld is requesting that a notice of appeal be filed on his case. He only has fourteen calendar days from the date of his sentencing hearing in order to file that notice.

4. If I file the notice of appeal on behalf of Mr. Essenfeld, the Ninth Circuit Court of Appeals will deem me Mr. Essenfeld's appellate counsel. I do not wish for that to occur since I am not familiar with filing appeals of any kind. I have informed Mr. Essenfeld of that fact, and he wishes to have an experienced appellate attorney represent him on appeal.

5. Mr. Essenfeld is requesting that the court appoint him a free attorney on appeal so that an appeal can be filed on his behalf.

6. I have viewed the financial declaration that Mr. Essenfeld filled out for Probation before his sentencing, and I believe him to be indigent now that his employer, the U.S. Navy, has stopped paying him since he is in custody. Additionally, Mr. Essenfeld does not seem to have any significant assets in which to sell in order to hire an appellate attorney.

7. If the court grants these motions for counsel to be appointed to represent Mr. Essenfeld on appeal, the court can order appellate counsel to submit a financial declaration in support of appointment of counsel.

8. As of the writing of this motion, four days have passed since Mr. Essenfeld's sentencing, leaving only ten days to be in compliance and file the notice of appeal on

the case.

     For all of the aforementioned reasons, counsel respectfully requests the court find good cause and grant these motions and relieve counsel as counsel of record, appoint an appellate attorney for Mr. Essenfeld, and have the clerk's office file a notice of appeal on behalf of Mr. Essenfeld.

Dated: <u>October 29, 2024</u>　　　　　　　　　Respectfully submitted,

                                                            <u>*s/ KERRY L. ARMSTRONG*</u>
                                                            KERRY L. ARMSTRONG
                                                            Attorney for Defendant
                                                            THEODORE E. ESSENFELD