UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THEODORE E. ESSENFELD,<br><br>　　　　Defendant. | Case No.: 23-CR-0177-RSH<br><br>ORDER GRANTING IN PART MOTION TO WITHDRAW AND APPOINT APPELLATE COUNSEL<br><br>DOC. NO. 131 |

　　　The Hon. Robert S. Huie has referred Attorney Kerry L. Armstrong's Motion to Withdraw as Defendant's Counsel, Appoint Appellate Counsel, and File Notice of Appeal to the undersigned, as the Southern District of California's CJA Appellate Counsel appointing authority. Doc. No. 131. The Motion is GRANTED IN PART. The request to have the Clerk's Office file a notice of appeal on behalf of defendant Theodore E. Essenfeld is denied; all other requested relief is granted. The Court orders as follows:

　　　1. Attorney Kerry L. Armstrong is hereby relieved as counsel for defendant Theodore E. Essenfeld.
　　　2. Attorney Gretchen Fusilier is appointed to represent defendant Theodore E. Essenfeld in this case for appeal purposes.

3. The Clerk of Court for the Southern District of California must provide a copy of this Order and the docket sheet to Gretchen Fusilier, Esq., P.O. Box 305, Carlsbad, CA 92018. Counsel's telephone number is 760.728.5958.

4. Appointed counsel must file a timely notice of appeal and comply with the Ninth Circuit's procedures for electronic transmittal of Criminal Justice Act Form 20 vouchers via email.

    IT IS SO ORDERED.

Dated: October 16, 2024

_____
Hon. Karen S. Crawford
United States Magistrate Judge