Attorney Name and Address:

Gretchen Fusilier
Attorney at Law
Mailing Address:
P.O. BOX 305
Carlsbad, Calif 92018
PHONE: 760-728-5958

_____ RETAINED    **x** APPOINTED

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE: Robert S. Huie                COURT REPORTER: ECR Tricia Rosate

UNITED STATES OF AMERICA    )
                            )    CASE NO. 23-cr-00177-RSH-1
                            )
                            )    NOTICE OF APPEAL    (Criminal)
         vs.                )
                            )
THEODORE E. ESSENFELD       )
                            )

Notice is hereby given that Theodore E. Essenfeld, defendant/plaintiff above named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the:    (check one)

(✔) Final Judgment
(  ) Sentence Only (sentence imposed) Sentence Imposed: 37 Months
(  ) Order (describe) _____

entered in this proceeding on the 28th day of October, 2024.

If a government appeal: Was the filing of this appeal approved in accordance with 18 U.S.C. §3742(b)(4) _____ Yes  _____ No

Date: 11-05-2024                    /s/Gretchen Fusilier
                                    Signature

Transcripts required*  **x** Yes  _____ No

Date (✔) Indictment    (  ) Information Filed: 02/02/2023
Bail status: In Custody
Will there be a request to expedite the appeal?    _____ Yes    **x** No
(Note: This does not alleviate the requirement of filing a motion to expedite which must be done in accordance with FRAP 27).

---

\* If transcript(s) required, a transcript designation and ordering form must be completed and the court reporter(s) contacted to make arrangements for transcription.