

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:          24-6737
Originating Case Number: 3:23-cr-00177-RSH-1
Case Title:             United States of America v. Essenfeld

**Tuesday, November 19, 2024**
Theodore E. Essenfeld                          Appeal Transcript Order Due

**Thursday, December 19, 2024**
Theodore E. Essenfeld                          Appeal Transcript Due

**Tuesday, January 28, 2025**
Theodore E. Essenfeld                          Appeal Opening Brief Due

**Thursday, February 27, 2025**
United States of America                        Appeal Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**