Theodore E. Essenfeld
USMS Nr. 08418506
Otay Mesa Detention Ctr
PO Box 439049
San Diego, CA 92143-9049
Pod R

Reference: Case 23CR177

The Honorable Robert S. Huie
Federal District Courthouse
333 West Broadway
San Diego, CA
92101

January 30, 2025

Your Honor,

I respectfully request your assistance on a matter relevant to my case. As you are aware, my trial ended in June and I was sentenced on October 25, 2024. My trial attorney filed a notice to appeal and was then released from my case that day. As I understand it, you immediately assigned Gretchen Fusilier as my appellate attorney. I have yet to meet her and have had very limited communication with her. When last I spoke to her in early December she had received neither the transcripts from my trial nor from sentencing which she requested upon assignment. She told me such requests are normally fulfilled within thirty days. However, more than ninety days since my sentencing there has been no progress with my appeal. To my knowledge, the requested transcripts have not yet been produced. However, neither I nor my family have been able to contact Ms. Fusilier for nearly two months. I do not know if she is still assigned to my case. I have received no correspondence from the court nor from any attorney involved in my case since my last appearance before you. If Ms. Fusilier is in fact my appellate attorney, could you please ensure that she receives the requested copies of transcripts so my case can move forward?

As I said, I have had no direct communication with Ms. Fusilier since early December. Following sentencing I received no correspondence from either the court or my defense attorney, Mr. Armstrong. In late November, while still being detained at the GEO Western Region Detention Center in San Diego I spoke to a federal public defender who was representing another detainee. She was able to get me in touch with Ms. Fusilier who, by telephone, told me she had no idea where I was being held and had been unable to contact me. It was then that she informed me she could not work on my case without the transcripts she had requested. On December 4th I was transferred to the CCA Otay Mesa Detention Facility where I remain to date. Since my arrival I have been unable to contact Ms. Fusilier via the telephone system available to detainees. Apparently her phone number is blocked. No one can explain to me why and all attempts to resolve the issue have failed. A staff member allowed me to call Ms. Fusilier from an office phone to inform her of my new location and of the problem with communication. Since then I have had no communication with her. My family has attempted to call without success. The staff here allowed me two more attempts to contact her which were both unsuccessful. Frankly, your honor, I don't even know if she is alive and working on my case. She remains completely unresponsive to telephone calls and even mailed correspondence. I feel I am effectively without legal counsel and have no recourse to resolve the matter.

I have no idea what deadlines lie ahead for my appeal, or if they have already passed. I was prepared to file my appeal pro se if necessary but, when I transferred here from GEO I was not allowed to bring any legal documents with me. This includes indictments, motions, PSR, notes and research I conducted to prepare for my appeal. I am still without any of those documents. Nor have I received any sentencing documents, documents relevant to my appeal, or notification of assignment of my appellate attorney. I am completely in the dark. I hope you will agree that all of this is unusual and you will use your authority to help correct the matters so I might have a just and fair opportunity to appeal in accordance with my rights. Of the hundreds of other detainees I have met over the preceding months, none I have spoken to has been denied access to their legal documents nor been barred from communication with either their defense or appellate attorneys. All are well informed of the status of their respective cases including filing deadlines and hearing dates. I remain uninformed.

I would greatly appreciate your attention and assistance to resolve both the lack of transcripts and the lack of communication with Ms. Fusilier. I have written to her without response. I am sending another letter at the same time as this one. But I feel it may be necessary to reassign my case to another appellate attorney if Ms. Fusilier is unable or unwilling to proceed on my behalf.

Thank you for your consideration and prompt action.

Very Respectfully,

Theodore Essenfeld

Otay Mesa Detention Center
P.O. Box 438150
San Ysidro, CA. 92143
Name Theodore Essenfeld
A# 0848506
Unit/Pod R-124
Cell #

CORECIVIC
INDIGENT MAIL

Otay Mesa Detention Center
CoreCivic
This facility is not responsible for the
substance/contents of this package.

SAN DIEGO CA 920

11 FEB 2025 PM 1

US POSTAGE
ZIP 92154 $000.69
0000363637FEB 11 2025

JUDGE ROBERT S. HUIE
FEDERAL DISTRICT COURTHOUSE
333 W. BROADWAY
SAN DIEGO, CA 92101

92101-380299