UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>v.<br><br>THEODORE E. ESSENFELD, AKA Theordore E. Essenfeld,<br><br>  Defendant - Appellant. | No. 24-6737<br><br>D.C. No. 3:23-cr-00177-RSH-1<br>Southern District of California, San Diego<br><br>ORDER |

Within 35 days, counsel Gretchen Fusilier is directed to file a response to appellant's assertion (in Docket Entry Nos. 17 & 18) that there has been a complete breakdown in communication between appellant and counsel Fusilier, and requesting appointment of substitute counsel or permission to proceed pro se.

The motion (Docket Entry No. 16) for an extension of time to file the opening brief is held in abeyance pending counsel's compliance with this order.

The clerk will serve this order on appellant individually.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT